NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN CHU, SECRETARY OF ENERGY,**
*Appellant,*

**v.**

**THE BOEING COMPANY,
(SUCCESSOR-IN-INTEREST OF ROCKWELL
INTERNATIONAL CORPORATION),**
*Appellee.*

-------------------------------------------------------------

**THE BOEING COMPANY,
(SUCCESSOR-IN-INTEREST OF ROCKWELL
INTERNATIONAL CORPORATION),**
*Appellant,*

**v.**

**STEVEN CHU, SECRETARY OF ENERGY,**
*Appellee.*

---

2011-1304, -1317

---

Appeals from the Armed Services Board of Contract Appeals in nos. 337, 338, 339, and 978, Administrative Judge R. Anthony McCann.

---

## ON MOTION

---

## ORDER

The Boeing Company moves for a 14-day extension of time, until March 23, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**MAR 1 6 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Domenique Kirchner, Esq
    S. Jean Kim, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2012

JAN HORBALY
CLERK